IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | | |
|---|---|---|
| AMANDA ALICE RADI, | : | |
| Plaintiff, | : | |
| v. | : | CASE NO.: 1:24-CV-141 (LAG) |
| DOUGHERTY COUNTY COURTHOUSE, | : | |
| Defendant. | : | |

## ORDER

On September 16, 2024, *pro se* Plaintiff Amanda Radi filed a pleading that was docketed as a petition for habeas relief under 28 U.S.C. § 2254. (Doc. 1). On September 24, 2024, the Court ordered Plaintiff to recast her pleading on the appropriate form and pay the appropriate filing fee, or alternatively seek to proceed IFP. (Doc. 3 at 4). On October 24, 2024, Plaintiff filed a Recast Complaint (Doc. 5), a Motion to Stay (Doc. 6), and a Motion for Leave to Proceed IFP (Doc. 7). In the Recast Complaint, Plaintiff asserted claims under 42 U.S.C. § 1983. (Doc. 5 at 6–7). On November 19, 2024, Plaintiff filed a second Motion for Leave to Proceed IFP (Doc. 9) and a Motion for Emergency Relief and Request for Immediate Custody Order and Temporary Restraining Order (Doc. 10).

On January 21, 2025, the Court denied Plaintiff's Motions for Leave to Proceed IFP (Docs. 7, 9). (Doc. 11). Plaintiff was given twenty-one days to pay the full filing fee and was advised that failure to comply would result in the dismissal of this action. (*Id.* at 4). More than twenty-one days have passed since the entry of the Order and Plaintiff has failed to pay the full filing fee. (*See* Docket). Accordingly, Plaintiff's Recast Complaint (Doc. 5) is **DISMISSED without prejudice**. *See Brown v. Tallahassee Police Dep't*, 205 F. App'x 802, 802 (11th Cir. 2006) (per curiam) ("The court may dismiss an action *sua sponte* under Rule 41(b) for failure to prosecute or failure to obey a court order." (citations omitted)).

2

**SO ORDERED**, this 25th day of February, 2025.

<u>/s/ Leslie A. Gardner</u>
**LESLIE A. GARDNER, CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**