IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | |
|---|---|
| AMANDA ALICE RADI, | * |
| Petitioner, | * |
| v. | Case No.1:24-CV-141 (LAG) |
| | * |
| DOUGHERTY COUNTY COURTHOUSE, | * |
| Respondent. | |
| | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated February 25, 2025 and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Petitioner shall recover nothing of Respondent.

This 25th day of February, 2025.

                                               David W. Bunt, Clerk

                                               s/ Michelle Paschal, Deputy Clerk